UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:24-CV-842-RBD-RMN

CAROLYN STANLEY,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS INC,
SYNCHRONY BANK, AFFIRM INC,
CAPITAL ONE AUTO FINANCE,
AND BANK OF MISSOURI

    Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC

Plaintiff Carolyn Stanley submits this Notice of Settlement and states that Plaintiff and Defendant Experian Information Solutions Inc have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Dated: June 7, 2024

                                       Respectfully Submitted,

                                        /s/ Gerald D. Lane
                                       **JIBRAEL S. HINDI, ESQ.**
                                       Florida Bar No.: 118259
                                       E-mail:   jibrael@jibraellaw.com
                                       **GERALD D. LANE, ESQ.**
                                       Florida Bar No.: 1044677
                                       E-mail:   gerald@jibraellaw.com
                                       The Law Offices of Jibrael S. Hindi
                                       110 SE 6th Street, Suite 1744
                                       Fort Lauderdale, Florida 33301
                                       Phone:    954-907-1136
                                       Fax:         855-529-9540

                                       *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 7, 2024, the forgoing was electronically

via the Court's CM/ECF system on all counsel of record.

                                        /s/ Gerald D. Lane
                                       **GERALD D. LANE, ESQ.**
                                       Florida Bar No.: 1044677

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com