**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CAROLYN STANLEY,

    Plaintiff,

v.                                                                                          Case No:   6:24-cv-842-RBD-RMN

EXPERIAN INFORMATION SOLUTIONS INC., CAPITAL ONE, NA, SYNCHRONY FINANCIAL, AFFIRM INC and THE BANK OF MISSOURI,

    Defendants.

**ORDER OF DISMISSAL**

This cause is before the Court upon the Plaintiff's Notice of Settlement filed on June 7, 2024 (Doc. 20), indicating that this case has settled as to Experian Information Solutions Inc.   Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE** as to **Defendant Experian Information Solutions Inc.**, subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. The Clerk is **DIRECTED** to terminate Experian Information Solutions Inc. as a party to this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 10, 2024.

ROY B. DALTON, JR.
United States District Judge