# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

### Case No. 6:24-cv-00842-RBD-RMN

**CAROLYN STANLEY,**

     **Plaintiff,**

**v.**

**CAPITAL ONE, NA; SYNCHRONY
FINANCIAL; AFFIRM INC; and
THE BANK OF MISSOURI,**

     **Defendant.**

_____/

### JOIN STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT THE BANK OF MISSOURI

Plaintiff Carolyn Stanley and Defendant The Bank of Missouri ("TBOM"), by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal *without* Prejudice of Defendant TBOM *only* in the above-styled action.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

DATED: July 17, 2024

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136

*COUNSEL FOR PLAINTIFF*

*/s/ Richard Brian Weinman*
Richard Brian Weinman
Winderweedle, Haines, Ward & Woodman, PA
329 Park Avenue North, 2nd Floor
Winter Park, FL 32789
407 – 423 – 4246
407 – 423 – 7014
Email: rweinman@whww.com

*Counsel for Defendant The Bank of Missouri*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 17, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>/s/ Gerald D. Lane, Jr.</u>
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 |  Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com