# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CAROLYN STANLEY,

    Plaintiff,

v.                                                                                                  Case No:  6:24-cv-842-RBD-RMN

CAPITAL ONE, NA, SYNCHRONY
FINANCIAL, AFFIRM INC.  and
THE BANK OF MISSOURI,

    Defendants.

## ORDER OF DISMISSAL

This cause is before the Court upon the filing of the parties' Stipulation of Dismissal as to Defendant, The Bank of Missouri. (Doc. 46).  The notice is effective without an order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *see also Est. of West v. Smith*, No. 20-10071, 2021 WL 3699467, at *4 (11th Cir. Aug. 20, 2021).

Accordingly, it is **ORDERED** that Plaintiff Carolyn Stanley's individual claims and action against Defendant The Bank of Missouri are hereby **DISMISSED WITHOUT PREJUDICE**.  The clerk is **DIRECTED** to terminate The Bank of Missouri as a party to this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 24, 2024.



ROY B. DALTON, JR.
United States District Judge